IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KENNETH SUTTON, and ESTER SUTTON,<br><br>　　Plaintiffs,<br><br>VS.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. SA-16-CA-1280-FB<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Parties' Agreed Motion to Dismiss With Prejudice (docket no. 11) is GRANTED such that the above-styled and numbered cause is DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 17th day of April, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE